KALLE & COMPANY, INCORPORATED, Respondent, *v.* ELIZA A. MORTON, Appellant.

*Kalle & Co., Inc.,* v. *Morton,* 156 App. Div. 522, affirmed.
(Argued October 6, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1913, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

The question at issue was whether the plaintiff, a shipper, could recover from the defendant, a common carrier, the value of goods destroyed by fire while in transit where the bill of lading gives the defendant the benefit of the shipper's insurance, but under the terms of the policy such a condition makes the policy void, the insurance company having after the fire loaned to the shipper an amount covering the loss on condition that it be repaid as recovery may be effected from the carrier.

*Nathan P. Bushnell* for appellant.

*Arthur W. Clement* and *Wilson E. Tipple* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.